## MORGAN'S LOUISIANA & TEXAS RAILROAD & STEAMSHIP COMPANY *v.* STREET.

ERROR TO THE COURT OF CIVIL APPEALS FOR THE FOURTH
SUPREME JUDICIAL DISTRICT OF THE STATE OF TEXAS.

No. 813. Motion to dismiss or affirm submitted May 16, 1910.—Decided
May 31, 1910.

A judgment of the state court for damages for personal injuries
affirmed without opinion.

JUDGMENT against plaintiff in error for damages for personal injuries sustained by defendant in error by reason of plaintiff in error's negligence. Plaintiff in error sued out this writ of error on ground that it had been denied the right to remove the case to the Federal Court. Defendant in error moved to dismiss or affirm.

*Mr. Maxwell Evarts* and *Mr. H. M. Garwood* for plaintiffs in error.

*Mr. John W. Parker* for defendant in error.

*Per Curiam.* Judgment affirmed with costs.